# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISTIAN HIRALES-MORALES,<br><br>Defendant. | Case No.: 19CR4089-DMS<br><br>**ORDER TO ALLOW FELONY PLEA TO BE ENTERED BY VIDEO OR TELEPHONIC CONFERENCE BEFORE A MAGISTRATE JUDGE** |

# ORDER

This matter comes before the court upon the parties' joint motion for this Court to allow Defendant Cristian Hirales-Morales pursuant to the CARES Act, Section 15002(b)(2)(A), to enter a guilty plea to a felony charge by video or telephonic conference before a Magistrate Judge. For the reasons made known to the Court, I find that an emergency exists of a nature and kind that further delay would cause serious harm to the interests of justice.

The Court ORDERS that the parties' joint motion is GRANTED and Defendant Cristian Hirales-Morales' GUILTY PLEA BE ENTERED FORTHWITH BEFORE A MAGISTRATE JUDGE.

Dated: December 22, 2020

_____
Hon. Dana M. Sabraw
United States District Judge